In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-080 CR


____________________



JOSEPH LANGE COOPER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 84297






MEMORANDUM OPINION (1)


 Joseph Lange Cooper was convicted of possession of a controlled substance and was
sentenced to one year of confinement in the Texas Department of Criminal Justice, State
Jail Division. Cooper filed a pro se notice of appeal on February 3, 2003. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case, and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The trial court's certification has been provided to the Court of Appeals by the
district clerk. 

 On February 11, 2003, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record by March 13, 2003. See Tex. R. App. P. 37.1. The
record has not been supplemented with an amended certification. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeal must be dismissed. See Tex. R. App. P. 25.2(d). 

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered April 10, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.